# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4760
_____

PELICAN BAY FOUNDATION, INC.,

Appellant,

v.

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION and
THE CITY OF NAPLES, FLORIDA,

Appellees.

_____

On appeal from the Division of Administrative Hearings.
Bram D. E. Canter, Administrative Law Judge.

August 27, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Amy T. Petrick, Robert P. Diffenderfer, and Telsula C. Morgan of Lewis Longman & Walker, P.A., West Palm Beach, for Appellant.

John L. Wharton of Dean, Mead & Dunbar, Tallahassee, for Appellee The City of Naples, Florida; Bridget K. McDonnell, Assistant General Counsel, Tallahassee, for Appellee Florida Fish and Wildlife Conservation Commission.